# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-02667-WYD-MJW           FTR - Courtroom A-502

**Date:**   January 20, 2012                        Courtroom Deputy, Ellen E. Miller

*Parties*                                           *Counsel*

TAMMY ROBERTS, on behalf of herself and all         Brian D. Gonzales
similarly situated persons,

    Plaintiff(s),

v.

THE KESSLER ENTERPRISE, INC.,                       Charles W. Weese, III
a Georgia corporation,   and                        C. Daniel Wyatt, III    (by telephone)
RCK BEAVER CREEK LODGE, INC.,
a Colorado corporation,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   8:35 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding the Unopposed Motion for Dismissal and Substitution of Defendants.  With the agreement of both parties,

**It is ORDERED:**   Plaintiff's UNOPPOSED MOTION FOR DISMISSAL AND SUBSTITUTION OF DEFENDANTS [Docket No. **19**, filed January 19, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   The AMENDED COMPLAINT [Docket No. **20**] is accepted for filing as of this date and is made the operative pleading.

**It is ORDERED:**   **GRAND PERFORMER, INC. d/b/a The Beaver Creek Lodge, a Florida corporation,** is substituted as the sole defendant and previously named defendants THE KESSLER ENTERPRISE, INC., and RCK BEAVER CREEK LODGE, INC., are dismissed without prejudice. All future filings in this case shall reflect the amended caption.

Defense counsel has agreed to accept service on behalf of Grand Performer, Inc.

**The following will confirm the actions taken and dates set at the scheduling conference**

**held this date:**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before FEBRUARY 09, 2012.**

Parties shall meet and confer, and if needed, file their Motion for Protective Order and proposed Protective Order **on or before  JANUARY 30, 2012**.

Joinder of Parties/Amendment to Pleadings:   **MARCH 05, 2012**

Discovery Cut-off:   **AUGUST 24, 2012**

Dispositive Motions Deadline: **SEPTEMBER 24, 2012**

Each side  shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   MAY  21, 2012**
Parties shall designate rebuttal experts   **on or before   JULY 20, 2012**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JULY 20, 2012.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions, including experts.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than AUGUST  24,  2012.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

A  **SETTLEMENT CONFERENCE** is  set for   **APRIL 12, 2012   at   10:00 a.m.**
in  Courtroom A-502,   Fifth  Floor,   Alfred A. Arraj United States Courthouse, 901  19th Street, Denver,  Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe
via e-mail, as a PDF attachment, at   Watanabe_Chambers@cod.uscourts.gov
**on or before   APRIL 09, 2012.**
In the subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing <u>more than 15 pages</u>  **should** also be submitted in hard copy paper form with the envelope addressed to   "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved,  with full settlement authority shall be present **in person** at the settlement conference.  Out-of-state counsel, Mr. Wyatt, may appear by telephone as long as local counsel appears in person.  Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

**FINAL PRETRIAL CONFERENCE** set for    **NOVEMBER   27,   2012   at   9:30 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Out-of-state counsel, Mr. Wyatt, may appear by telephone as long as local counsel appears in person.
The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before  NOVEMBER   23, 2012**.

**In the subject line** of the e-mail, counsel shall list the case number, short caption, and  "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)
Valid photo identification is required to enter the courthouse.  In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a five (5) day trial to the court.
Chief Judge Wiley Y. Daniel  will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.


**[X]**    Scheduling Order is signed and entered  with interlineations    **JANUARY 20, 2012**

Hearing concluded.

**Court in recess:**     9:00 a.m.
Total in-court time: 00:25


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119   or    Toll Free    1-800-962-3345.