IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02667-WYD-MJW

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

Plaintiff(s),

v.

GRAND PERFORMER, INC., d/b/a The Beaver Creek Lodge, a Florida corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 32) is GRANTED finding good cause shown.  The written Protective Order (docket no. 32-1) is APPROVED and made an Order of Court.

Date:   July 2, 2012