IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02667-WYD-MJW

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

GRAND PERFORMER, INC., d/b/a The Beaver Creek Lodge, a Florida corporation,

Defendant.

---

**ORDER ON
JOINT MOTION TO AMEND SCHEDULING ORDER (Docket No. 36)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter having come before the Court on the Joint Motion to Amend Scheduling Order (Docket No. 36) filed on July 5, 2012.

IT IS HEREBY ORDERED that the Motion is GRANTED. The settlement conference scheduled for July 10, 2012 at 1:30 P.M. is vacated. The current schedule is modified as follows: the deadline to serve written discovery is extended to September 20, 2012; the deadline to complete all discovery is extended to November 26, 2012; the dispositive motions deadline is extended to January 4, 2013; and the pretrial conference set for November 27, 2012 at 9:30 A.M. is vacated and reset for February 27, 2013 at 9:30 A.M.  The scheduling order is amended accordingly.

Date:  July 6, 2012              s/ Michael J. Watanabe
       Denver, Colorado          Michael J. Watanabe
                                 United States Magistrate Judge