IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02667-WYD-MJW

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

Plaintiff(s),

v.

GRAND PERFORMER, INC., d/b/a The Beaver Creek Lodge, a Florida corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Withdrawal of Motion to Compel (Docket No. 45), which the court treats as a motion, is GRANTED.  Plaintiff's Motion to Compel (Docket No. 29) is hereby WITHDRAWN.

Date:    August 8, 2012