IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02667-WYD-MJW

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

     Plaintiff,

v.

THE KESSLER ENTERPRISE, INC., a Georgia corporation; and
RCK BEAVER CREEK LODGE, INC., a Colorado corporation,

     Defendants.

---

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

---

This matter is before the Court on the parties' joint motion for an order approving their collective action settlement.   Having reviewed the motion, the record, and the details of the Settlement Agreement, the Court concludes that the Settlement Agreement reflects a reasonable compromise over the issues that are actually in dispute in this case. Furthermore, the Settlement Agreement was reached in an adversarial context and arrived at a fair disposition of the claims and costs in dispute.

Accordingly, it is

ORDERED that the Joint Motion to Approve Collective Action Settlement [ECF Doc. No. 59], filed April 4, 2013, is **GRANTED** and the proposed Settlement Agreement is approved.   It is further

ORDERED that the Court will maintain jurisdiction over this action until the terms of the Settlement Agreement are fully executed.   It is further

ORDERED that, pursuant to the Court's authority under D.C. Colo. LCivR 41.2, this case shall be administratively closed during the pendency of the execution period of the Settlement Agreement.   On or before September 1, 2013, the case may be reopened by motion of any party showing good cause.   If, on or before **September 1, 2013**, no party files a motion to reopen the case or a motion to extend that deadline, the case shall be dismissed.

Dated:   April 10, 2013

BY THE COURT:


s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE